| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0644 3:09CR00170 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 3:13-00241-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western District Of Kentucky | DIVISION LOUISVILLE | |
|---|---|---|---|
| Steve Sovan Uy 3721 Lakeridge Pass Nashville, Tennessee 37214 | NAME OF SENTENCING JUDGE Joseph H. McKinley Jr. | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/4/2013 | TO 2/3/2014 |

| OFFENSE |
|---|
| Conspiracy to Commit Marriage Fraud |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **MIDDLE DISTRICT OF TENNESSEE - NASHVILLE** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 27, 2013
*Date*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

FILED
U.S. District Court
Owensboro, KY
Date: 6-28-13
By: [signature]
Deputy Clerk

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE** DISTRICT OF **TENNESSEE – NASHVILLE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-6-13
*Effective Date*

[signature]
*United States District Judge*